

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00247-CR

Roderick **SUTTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0275-CR
The Honorable Charles Ramsay, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgments of the trial court are MODIFIED to delete the assessment of $505.00 in attorney's fees as costs and to reflect that the sentences were imposed on April 3, 2013. The judgments are AFFIRMED AS MODIFIED.

SIGNED March 12, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

---

[1] The Honorable W.C. Kirkendall denied the motion to suppress in the underlying cause. The Honorable Charles Ramsay presided over the trial and signed the judgments.